1   Elizabeth A. Skane, Esq. (Bar No. 7181)
    eskane@skanemills.com
2   Sarai L. Thornton, Esq. (Bar No. 11067)
    sthornton@skanemills.com
3   Elizabeth C. Spaur, Esq. (Bar No. 10446)
    espaur@skanemills.com
4   SKANE MILLS LLP
    1120 Town Center Drive, Suite 200
5   Las Vegas, Nevada 89144
    (702) 363-2535
6   (702) 363-2534 Fax
7
    Attorneys for Defendant,
8   BROSNAN RISK CONSULTANTS, LTD.

9               UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

12  JILL HARRISON, an Individual,          CASE NO.: **2:24-cv-491-MDC**

13            Plaintiff,

14      v.                                  **STIPULATION AND ORDER TO**
                                            **EXTEND DISCOVERY PLAN AND**
15  WALMART, INC., a Delaware Corporation,  **SCHEDULING ORDER**
    BROSNAN RISK CONSULTANTS, LTD., a       **(FIRST REQUEST)**
16  Delaware Corporation; DOES I-X, Inclusive,
    and ROE Corporations I-X, Inclusive,
17
18            Defendants.

19

20       COMES NOW, JILL HARRISON, ("PLAINTIFF"), Defendant WALMART INC.

21  (hereinafter "WALMART"), and Defendant BROSNAN RISK CONSULTANTS, LTD.

22  (hereinafter "BROSNAN"), by and through their respective counsel, and hereby submit this

23  Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) pursuant to

24  LR IA 6-1 and LR 26-3 as follows:

25  **I.   PROCEDERUAL HISTORY**

26       On March 12, 2024, Plaintiff Jill Harrison filed her Complaint against Defendant Walmart

27  in the United States District Court for Clark County, Nevada. On March 13, 2024 Plaintiff filed

28  her Frist Amended Complaint.  On June 17, 2024, Defendant WALMART, INC. filed its Answer

1  to Plaintiff's First Amended Complaint. On June 17, 2024 Defendant BROSNAN filed its Answer

2  to Plaintiff's First Amended Complaint. Joint Discovery Plan and Scheduling Order was entered

3  by this Court on February 6, 2025.

4  **II.   DISCOVERY COMPLETED TO DATE:**

5  `The parties have been engaged in discussions to determine if an early resolution was

6  possible and no discovery has been completed to date.

7  **III.   DISCOVERY REMAINING TO COMPLETET:**

8  1.  Initial expert disclosures;

9  2.  Rebuttal expert disclosures;

10  3.  Deposition of Plaintiff;

11  4.  Deposition of Experts;

12  5.  Deposition of other percipient witnesses; and

13  6.  Written Discovery as necessary.

14  Good cause exists to continue the current Discovery Plan and Scheduling Order. The

15  parties are diligently working to move the case forward but due to the recent stipulation to allow

16  WALMART to assert counterclaims against BROSNAN and initial efforts to resolve this matter

17  prior to incurring litigation expenses, the Parties request that the deadlines be continued to allow

18  them to engage in necessary discovery while also continuing discussions regarding a potential

19  resolution of this claim..

20  Therefore, the Parties have agreed to a sixty (60) day extension to allow the Parties to

21  complete the necessary discovery. Specifically, the Parties believe this extension is necessary

22  because the parties will need to schedule the remaining depositions, including Plaintiff's

23  deposition, conduct expert discovery, and serve additional written discovery.

24  No trial has been set on this matter and neither party will be prejudiced by the requested

25  extension.

26  ///

27  ///

28  ///

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Motions to Amend Pleadings | March 23, 2025 | **May 12, 2025** |
| Initial Expert Disclosures | March 23, 2025 | **May 12, 2025** |
| Rebuttal Expert Disclosures | April 24, 2025 | **June 23, 2025** |
| Close of Discovery | June 20, 2025 | **August 19, 2025** |
| Dispositive Motions | July 22, 2025 | **September 22, 2025** |

No trial date will be impacted by the extension as no such trial date has been set. The parties submit that the reason set forth above constitute good cause for the requested extension.

**IT IS SO STIPULATED.**

DATED:  March 21, 2025                         SKANE MILLS LLP

                                                           */s/ Elizabeth C. Spaur*
                                      By: _____
                                                           Elizabeth A. Skane, Esq. (Bar No. 7181)
                                                           eskane@skanemills.com
                                                           Sarai L. Thornton, Esq. (Bar No. 11067)
                                                           sthornton@skanemills.com
                                                           Elizabeth C. Spaur, Esq. (Bar No. 10446)
                                                           espaur@skanemills.com
                                                           1120 Town Center Drive, Suite 200
                                                           Las Vegas, Nevada 89144
                                                           (702) 363-2535 / Fax (702) 363-2534

                                                           Attorneys for Defendant,
                                                           BROSNAN RISK CONSULTANTS, LTD.

DATED:  March 21, 2025                         RYAN ALEXANDER, ESQ.

                                                           */s/ Ryan Alexander*
                                      By: _____
                                                           Ryan Alexander, Esq. (Bar No. 10845)
                                                           3017 West Charleston Blvd., Ste. 10
                                                           Las Vegas, NV 89102

                                                           Attorneys for PLAINTIFF

1

2    DATED:  March 21, 2025                    McDONALD CARANO LLP

3                                              */s/ Katrina E. Weil*
                                  By:
4                                              _____
                                               Rory T. Kay, Esq (Nevada Bar No. 12416)
5                                              Katrina E. Weil (Nevada Bar No. 16152)
                                               2300 West Sahara Avenue, Suite 1200
6                                              Las Vegas, Nevada 89102

7                                              Attorneys for Defendant,
                                               WALMART, INC.
8

9    **IT IS SO ORDERED.**
     Denied without prejudice. The
10   parties please submit an amended
     stipulation that includes the joint
11   pretrial order deadline along with
     the language under LR 26-1(b)(5)
12   temporarily suspending the joint
     pre-trial deadline if dispositive
13   motions are filed.  The parties'
     amended stipulation should also
14   state whether initial disclosures
     have been exchanged or provide a
15   deadline for such exchange. For
     various reasons, LR IA 6-2
16   requires the judicial signature
     block to appear on the same page
17   as the last substantive matter.
     The parties may submit an
18   amended stipulation in
     compliance with LR IA 6-2.
19

20

21

22                                             _____
                                               UNITED STATES MAGISTRATE JUDGE
23                                              3-28-25

24

25

26

27

28