Elizabeth A. Skane, Esq. (Bar No. 7181)
eskane@skanemills.com
Sarai L. Brown, Esq. (Bar No. 11067)
sbrown@skanemills.com
Elizabeth C. Spaur, Esq. (Bar No. 10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535
(702) 363-2534 Fax

Attorneys for Defendant,
BROSNAN RISK CONSULTANTS, LTD.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JILL HARRISON, an Individual, | CASE NO.: 2:24-cv-491-MDC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER** |
| WALMART, INC., a Delaware Corporation, BROSNAN RISK CONSULTANTS, LTD., a Delaware Corporation; DOES I-X, Inclusive, and ROE Corporations I-X, Inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

COMES NOW, JILL HARRISON, ("PLAINTIFF"), Defendant WALMART INC. (hereinafter "WALMART"), and Defendant BROSNAN RISK CONSULTANTS, LTD. (hereinafter "BROSNAN"), by and through their respective counsel, and hereby submit this Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) pursuant to LR IA 6-1 and LR 26-3 as follows:

**I.   PROCEDERUAL HISTORY**

On March 12, 2024, Plaintiff Jill Harrison filed her Complaint against Defendant Walmart in the United States District Court for Clark County, Nevada. On March 13, 2024 Plaintiff filed her Frist Amended Complaint.  On June 17, 2024, Defendant WALMART, INC. filed its Answer

to Plaintiff's First Amended Complaint. On June 17, 2024 Defendant BROSNAN filed its Answer to Plaintiff's First Amended Complaint. Joint Discovery Plan and Scheduling Order was entered by this Court on February 6, 2025.

**II.     DISCOVERY COMPLETED TO DATE:**

`The parties have been engaged in discussions to determine if an early resolution was possible and no discovery has been completed to date.

**III.    DISCOVERY REMAINING TO COMPLETET:**

1. Initial expert disclosures;
2. Rebuttal expert disclosures;
3. Deposition of Plaintiff;
4. Deposition of Experts;
5. Deposition of other percipient witnesses; and
6. Written Discovery as necessary.

Good cause exists to continue the current Discovery Plan and Scheduling Order. The parties are diligently working to move the case forward but due to the recent stipulation to allow WALMART to assert counterclaims against BROSNAN and initial efforts to resolve this matter prior to incurring litigation expenses, the Parties request that the deadlines be continued to allow them to engage in necessary discovery while also continuing discussions regarding a potential resolution of this claim..

Therefore, the Parties have agreed to a sixty (60) day extension to allow the Parties to complete the necessary discovery. Specifically, the Parties believe this extension is necessary because the parties will need to schedule the remaining depositions, including Plaintiff's deposition, conduct expert discovery, and serve additional written discovery.

No trial has been set on this matter and neither party will be prejudiced by the requested extension.

///

///

///

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Motions to Amend Pleadings | March 23, 2025 | **May 12, 2025** |
| Initial Expert Disclosures | March 23, 2025 | **May 12, 2025** |
| Rebuttal Expert Disclosures | April 24, 2025 | **June 23, 2025** |
| Close of Discovery | June 20, 2025 | **August 19, 2025** |
| Dispositive Motions | July 22, 2025 | **September 22, 2025** |

The Parties shall file a joint pretrial order no later than **October 22, 2025** or thirty (30) days after the date set for filing dispositive motions. In the event that the Parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or further order of the Court. The disclosure required by Federal Rule of Civil Procedure 26(a)(3) and objections thereto shall be made in the pre-trial order.

Defendant Brosnan shall make initial disclosures on or before **April 7, 2025.** Plaintiff disclosures were served on January 24, 2025. Walmart's disclosures were served on February 24, 2025. Any Party seeking damages shall comply with Federal Rules of Civil Procedure 26(a)(1)(A)(iii).

No trial date will be impacted by the extension as no such trial date has been set. The parties submit that the reason set forth above constitute good cause for the requested extension.

**IT IS SO STIPULATED.**

    **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
**4-11-25**

Submitted by:

DATED: April 2, 2025                                    SKANE MILLS LLP

                                                        */s/ Elizabeth C. Spaur*
                                            By: _____
                                                        Elizabeth C. Spaur, Esq. (Bar No. 10446)
                                                        espaur@skanemills.com
                                                        1120 Town Center Drive, Suite 200
                                                        Las Vegas, Nevada 89144

                                                        Attorneys for Defendant,
                                                        BROSNAN RISK CONSULTANTS, LTD.

DATED: April 2, 2025                                    RYAN ALEXANDER, ESQ.

                                                        */s/ Michael Navratil*
                                            By: _____
                                                        Michael Navratil, Esq. (Bar No. 7460)
                                                        3017 West Charleston Blvd., Ste. 10
                                                        Las Vegas, NV 89102

                                                        Attorneys for PLAINTIFF


DATED: April 2, 2025                                    McDONALD CARANO LLP

                                                        */s/ Katrina E. Weil*
                                            By: _____
                                                        Rory T. Kay, Esq (Nevada Bar No. 12416)
                                                        Katrina E. Weil (Nevada Bar No. 16152)
                                                        2300 West Sahara Avenue, Suite 1200
                                                        Las Vegas, Nevada 89102

                                                        Attorneys for Defendant,
                                                        WALMART, INC.