Elizabeth A. Skane, Esq. (Bar No. 7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar No. 10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535
(702) 363-2534 Fax

Attorneys for Defendant,
BROSNAN RISK CONSULTANTS, LTD.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JILL HARRISON, an Individual,<br><br>           Plaintiff,<br><br>   v.<br><br>WALMART, INC., a Delaware Corporation, BROSNAN RISK CONSULTANTS, LTD., a Delaware Corporation; DOES I-X, Inclusive, and ROE Corporations I-X, Inclusive,<br><br>           Defendants. | CASE NO.: 2:24-cv-491-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BROSNAN RISK CONSULTANTS, LTD. AND WALMART, INC., WITH PREJUDICE** |

      COMES NOW, Defendant BROSNAN RISK CONSULTANTS, LTD. (hereinafter "Defendant"), by and through their counsel of record the law firm of SKANE MILLS LLP, and Defendant WALMART, INC. by and through their counsel of record McDONALD CARANO LLP, hereby advises this Court that Defendants and Plaintiff have recently reached a settlement in the above-captioned matter.

      **IT IS HEREBY STIPULATED** by and between Plaintiff, JILL HARRISON ("Plaintiff"), by and through her counsel of record, Ryan Alexander, Esq. of RYAN ALEXANDER, CHTD., and Defendant BROSNAN RISK CONSULTANTS, LTD., by and through their counsel of record, Elizabeth C. Spaur, Esq. of SKANE MILLS LLP, and Defendant WALMART, INC., by and through their counsel of record, Katrina E. Weil, Esq. of

McDONALD CARANO, LLP, that the Complaint filed by Plaintiff JILL HARRISON against Defendants BROSNAN RISK CONSULTANTS, LTD. and WALMART, INC. and any amendments and cross-claims thereafter, are hereby dismissed with prejudice against Defendants BROSNAN RISK CONSULTANTS, LTD. and WALMART, INC.

Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 10th day of October, 2025.

RYAN ALEXANDER, CHTD.

/s/ Ryan Alexander

By:_____
Ryan Alexander, Esq. (Bar #10845)
ryan@ryanalexander.com
3017 W. Charleston Blvd., Ste. 10
Las Vegas, Nevada  89102

Attorney for Plaintiff,
JILL HARRISON

DATED this 10th day of October, 2025.

SKANE MILLS LLP

/s/ Elizabeth C. Spaur

By:_____
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144

Attorneys for Defendant,
BROSNAN RISK CONSULTANTS, LTD.

DATED this 10th day of October, 2025.

McDONALD CARANO LLP

/s/ Rory T. Kay

s/ By:_____
Rory T. Kay, Esq. (Bar # 12416)
rkay@mcdonaldcarano.com
2300 W. Sahara Ave., Ste. 1200
Las Vegas, Nevada  89102

Attorneys for Defendant,
WALMART, INC.

## ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, JILL HARRISON, against Defendants BROSNAN RISK CONSULTANTS, LTD. and WALMART, INC., in the above-captioned matter, United States District Court, Case No. 2:24-cv-491-MDC, including any and all cross-claims alleged therein, are hereby dismissed with prejudice as to Defendant BROSNAN RISK CONSULTANTS, LTD. and WALMART, INC.

Each party to bear its own attorneys' fees and costs.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
10-14-25

Respectfully submitted by:

SKANE MILLS LLP

　/s/ Elizabeth C. Spaur

s/ By:_____
Elizabeth A. Skane, Esq. (Bar # 7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
T: (702) 363-2535

Attorneys for Defendant,
BROSNAN RISK CONSULTANTS, LTD.